

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-19-00134-CV |
| MARYLEE VON WARWICK JURECKY, DEPENDENT ADMINISTRATOR OF THE ESTATE OF EDWARD ABRAHAM, DECEASED, | § § § § | AN ORIGINAL PROCEEDING IN MANDAMUS |
| Relator. | § § | |

# **J U D G M E N T**

The Court has considered this cause on the Relator's motion to dismiss the mandamus proceeding, and concludes that Relator's motion to dismiss the mandamus proceeding should be granted. We therefore grant the motion and dismiss the mandamus proceeding, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.